KTF:JD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

MARK ANDERSON,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 912)

No. 26-MJ-20

EASTERN DISTRICT OF NEW YORK, SS:

THOMAS FORD, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about January 28, 2026, within the Eastern District of New York, the defendant MARK ANDERSON did knowingly and intentionally falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department, agency, and officer thereof, and did act as such.

(Title 18, United States Code, Section 912)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately 8 years, and I am currently assigned to the New York Office ("FBI NY") Violent crimes squad (C-19).

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to

2. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

3. As described below, there is probable cause to believe that the defendant MARK ANDERSON falsely impersonated himself to be an FBI agent at the federal Metropolitan Detention Center ("MDC") located in Brooklyn, New York.

4. On or about January 28, 2026 at approximately 1850 hours, the defendant MARK ANDERSON approached the intake area inside the MDC and claimed to uniformed members of the Federal Bureau of Prisons ("BOP") that he was an FBI agent in possession of paperwork "signed by a Judge" authorizing the release of a specific inmate who was in custody at the MDC.

5. When asked to provide federal credentials, the defendant MARK ANDERSON displayed his Minnesota Driver's license to the BOP officers and then claimed to be in possession of weapons. ANDERSON also displayed and threw at the BOP officers numerous documents. I have reviewed those papers and they appear to be related to filing claims against the United States Department of Justice.

6. MARK ANDERSON was detained by members of the BOP and a backpack he possessed was searched to reveal a large barbeque type fork and a round steel blade and he was taken into custody. The images are shown below:

---

establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.



7. Thereafter, members of the New York City Police Department ("NYPD") responded to the MDC. I also arrived at the scene and took ANDERSON into federal custody and seized the evidence shown here.

WHEREFORE, I respectfully request that defendant MARK ANDERSON be dealt with according to law.

THOMAS FORD
Special Agent
Federal Bureau of Investigation

Sworn to before me this
28th day of January, 2026

THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

4