File Date: February 11, 2026
Case Number: 26-cr-29
Judge Eric N. Vitaliano
Magistrate Judge Clay H. Kaminsky

KTF:BGD
F. #2026R00077

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MARK ANDERSON,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 912 and 3551 et seq.)

THE GRAND JURY CHARGES:

FALSE PERSONATION OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES

On or about January 28, 2026, within the Eastern District of New York and within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Detention Center in Brooklyn, New York ("MDC"), the defendant MARK ANDERSON did knowingly and intentionally falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department, agency and officer thereof, and did act as such, to wit: ANDERSON claimed to be an Agent of the Federal Bureau of Investigation and demanded the release of an individual incarcerated at the MDC.

(Title 18, United States Code, Sections 912 and 3551 et seq.)

A TRUE BILL

/s/

FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK