# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Seth D. Eicheholtz | **DATE:** 02/17/2026 |
| **CLERK:** J.Boyd | |
| **DOCKET #:** 26 CR 29 (ENV) | **LOG TIME:** 11:22 AM – 11:25 AM |
| **DEFENDANTS NAME:** Mark Anderson | |

| | | | |
|---|---|---|---|
| **x** Present | ___ Not Present | **x** Custody | ___ Bail |

**DEFENSE COUNSEL:** Michael Weil

| | | | |
|---|---|---|---|
| ___ Court Appointed | **x** Federal Defender | ___ CJA | ___ Retained |

**A.U.S.A:** Brandon Davis

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint  **x** Indictment  ___ Superseding Indictment  ___ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
| ___ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| **x** DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted.

| | |
|---|---|
| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for |
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| ___ Order of Excludable Delay/Speedy Trial entered. | Start Date: | End Date: |
| **Removal District:** | **Removal District Case Number:** | |

___ Removal (Rule 5) Proceeding held.

| | |
|---|---|
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

**x** Status conference set for **02/ 20 /2026** @ **11:30 am** before District Judge: Eric N. Vitaliano

**Other Rulings:** Defendant arraigned on the indictment; Order of detention continued. The government proposed a contested OED application. The court asked the parties to submit the request to the DJ assigned to this case.