

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MWG:BGD
F. #2026R00077

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 26, 2026

By E-mail and ECF

Michael Weil
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201
Michael_Weil@fd.org

    Re:  United States v. Mark Anderson
       Criminal Docket No. 26-29 (ENV)

Dear Counsel:

    Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The materials are being provided to you via USAfx and supplements the government's prior production. Please download the materials promptly and confirm in writing to the government that you were able to do so. The government renews its request for reciprocal discovery from the defendant.

| Bates Numbers | Description |
| --- | --- |
| EDNY_000003 – EDNY_000154 | Defendant's criminal history reports |
| EDNY_000155 – EDNY_000156 | Redacted FD-1087 FBI Collected Item Log |
| EDNY_000157 – EDNY_000163 | Photographs of cell phones seized upon defendant's arrest |
| EDNY_000164 | Photograph of weapons seized upon defendant's arrest, and defendant's drivers' license |
| EDNY_000165 | Photograph of papers the defendant presented at the Metropolitan Detention Center |
| EDNY_000166 – EDNY_000170 | Redacted FBI-302 reports detailing statements made by defendant |
| EDNY_000171 – EDNY_000173 | Metropolitan Detention Center Photo Sheet |

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/ Brandon G. Davis
Brandon G. Davis
Assistant U.S. Attorney
(718) 254-6106

Enclosures

cc:      Clerk of the Court (ENV) (by ECF) (without enclosures)