

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BGD
F. #2026R00077

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 29, 2026

By E-mail and ECF

Michael Weil
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201
Michael_Weil@fd.org

> Re:    United States v. Mark Anderson
>         Criminal Docket No. 26-29 (ENV)

Dear Counsel:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The materials are being provided to you via USAfx and supplements the government's prior productions on February 20, 2026 and February 26, 2026. Please download the materials promptly and confirm in writing to the government that you were able to do so. The government renews its request for reciprocal discovery from the defendant.

| Bates Numbers | Description |
| --- | --- |
| EDNY_000174 | Files from the defendant's Google Pixel 7 Pro. |
| EDNY_000175 | Files from the defendant's Samsung Galaxy Z Fold 3. |
| EDNY_000176-EDNY_000206 | An application for a warrant and corresponding warrant authorizing the search of the defendant's phones. Please note that due to the nature of the document, this material is marked as Sensitive Discovery Material per the February 20, 2026 protective order. |
| EDNY_000207-EDNY_000217 | A letter written by the defendant addressed to a former employer. |

I will contact you separately to arrange production of the full export of the defendant's devices.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Brandon G. Davis
      Brandon G. Davis
      Assistant U.S. Attorney
      (718) 254-6106

Enclosures

cc:    Clerk of the Court (ENV) (by ECF) (without enclosures)