# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Clay H. Kaminsky | **DATE:** 7/22/2026 |

**CLERK:** J. Boyd

| | |
|---|---|
| **DOCKET #:** 26 CR 29 (ENV) | **LOG TIME:** 11:28 – 11:39 |

**DEFENDANTS NAME:** Mark Anderson

| __X__ Present | _____ Not Present | __X__ Custody | _____ Bail |
|---|---|---|---|

**DEFENSE COUNSEL:** Michael Weil

| _____ Court Appointed | __X__ Federal Defender | ___ CJA | _____ Retained |
|---|---|---|---|

**A.U.S.A:** Brandon Davis

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

**Defendant arraigned on the:** __ Complaint __X__ Indictment __ Superseding Indictment __ Probation Violation

| _____ Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
|---|---|
| _____ Government Agent Sworn | _____ Rule 5f warnings given to the govt. |
| _____ DETENTION HEARING Held. | __X__ BAIL HEARING Held. |

__X__ Bond set at $ 10,000

**Defendant:** __X__ released ___ held pending satisfaction of bond conditions.

__X__ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody. _____ Leave to reopen granted.

| _____ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for _____ |
|---|---|
| _____ Preliminary Hearing set for | _____ Preliminary Hearing waived by defendant |

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| ___ Order of Excludable Delay/Speedy Trial entered. | **Start Date:** | **End Date:** |
|---|---|---|
| **Removal District:** | **Removal District Case Number:** | |

_____ Removal (Rule 5) Proceeding held.

| _____ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
|---|---|
| _____ Defendant waives Identity hearing | _____ Defendant waives Preliminary hearing |

_____ No bail application presented to the court. Commitment to the District entered.

_____ Medical memo issued.

_____ Defendant failed to appear; bench warrant issued.

__X__ Status conference set for ___07/22/2026___ @ ___12:30 pm___ **before District Judge:** Eric N. Vitaliano

**Other Rulings:** AUSA Brandon Davis present; Dft present with FDNY Michael Weil. Bail hearing held. Gov't is not opposing the bail application. Gov't and dfse consents to an unsecured $10,000 bond. Court grants bail application and releases dft on $10,000 bond.